UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22369-CIV-LENARD/TURNOFF

**COLONY INSURANCE COMPANY,**

    Plaintiff,

v.

**VILLAGE AT DADELAND
ASSOCIATES, LLC, et al.,**

    Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 91) AND ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT VILLAGE AT DADELAND ASSOCIATES, LLC

**THIS CAUSE** is before the Court on the Report and Recommendation ("Report," D.E. 91), issued by Magistrate Judge William C. Turnoff on April 16, 2010, recommending the Court grant Plaintiff's Motion for Entry of Final Default Judgment against Defendant Village at Dadeland Associates, LLC ("Motion," D.E. 37), filed on December 21, 2009. The Clerk entered default against Defendant Village at Dadeland Associates, LLC on December 21, 2009, for failure to respond to the Complaint or appear in this action. Plaintiff's Motion was referred to the Magistrate Judge on March 17, 2010, and a hearing was held on April 14, 2010. The Report advised the Parties they had fourteen (14) days to file any objections to the Magistrate Judge's findings. To date, Defendant Village at Dadeland Associates, LLC, has not filed any objections to the Report, responded to Plaintiff's Motion, or otherwise appeared in this action. Failure to timely file objections shall bar parties from attacking on

appeal the factual findings contained in the report. See <u>Resolution Trust Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993). Having reviewed the Report, the Motion, and the related pleadings, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 91), issued on April 16, 2010, is **ADOPTED**;

2. Plaintiff's Motion for Final Default Judgment against Defendant Village at Dadeland Associates, LLC, (D.E. 37), filed on December 21, 2009, is **GRANTED** and the Court finds Plaintiff does not owe any duty of defense or indemnification to Defendant Village at Dadeland Associates, LLC for the allegations contained in the underlying lawsuit.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2010.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**