UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22369-CIV-LENARD/TURNOFF

**COLONY INSURANCE COMPANY,**

    Plaintiff,

v.

**VILLAGE AT DADELAND CONDOMINIUM ASSOCIATION, et al.,**

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 104) AND ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT MARINA SANTOS

**THIS CAUSE** is before the Court on the Report and Recommendation ("Report," D.E. 104), issued by Magistrate Judge William C. Turnoff on May 19, 2010, recommending the Court grant Plaintiff's Motion for Entry of Final Default Judgment against Defendant Marina Santos ("Motion," D.E. 94), filed on April 28, 2010.  The Clerk entered default against Defendant Marina Santos on April 14, 2010, for failure to comply with this Court's orders.  Plaintiff's Motion was referred to the Magistrate Judge on April 29, 2010, and a hearing was held on May 18, 2010.  The Report advised the Parties they had fourteen (14) days to file any objections to the Magistrate Judge's findings.  To date, Defendant Marina Santos has not filed any objections to the Report or responded to Plaintiff's Motion.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings

contained in the report.  See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Having reviewed the Report, the Motion, and the related pleadings, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 104), issued on May 19, 2010, is **ADOPTED**;

2. Plaintiff's Motion for Final Default Judgment against Defendant Marina Santos, (D.E. 94), filed on April 28, 2010, is **GRANTED** and the Court finds (1) Plaintiff Colony Insurance Company has no duty to defend Marina Santos against the allegations of the underlying lawsuit, pending in Miami-Dade County, Florida, filed by Melissa Marcus, and (2) Plaintiff Colony Insurance Company has no duty to indemnify Marina Santos from any damages which may be awarded in favor of Melissa Marcus, against Marina Santos, in the underlying lawsuit.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June, 2010.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**